**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

———————

No. 98-1694

———————

MEL M. MARIN,

Plaintiff - Appellant,

versus

MARYLAND BOARD OF LAW EXAMINERS; CHARLES H.
DORSEY, JR.; JOHN F. MUDD; ROBERT H.
REINHARDT; CHRISTOPHER B. KEHOE,

Defendants - Appellees.

———————

Appeal from the United States District Court for the District of
Maryland, at Baltimore.  Catherine C. Blake, District Judge.  (CA-
96-3070-CCB)

———————

Submitted:  July 30, 1998          Decided:  August 25, 1998

———————

Before WIDENER, LUTTIG, and WILLIAMS, Circuit Judges.

———————

Affirmed by unpublished per curiam opinion.

———————

Mel M. Marin, Appellant Pro Se.  John Joseph Curran, Jr., Attorney
General, Julia Melville Freit, OFFICE OF THE ATTORNEY GENERAL OF
MARYLAND, Baltimore, Maryland, for Appellees.

———————

Unpublished opinions are not binding precedent in this circuit.
See Local Rule 36(c).

PER CURIAM:

Mel M. Marin appeals the district court's orders dismissing his civil action and denying his motions for reconsideration and to amend his complaint. Our review of the record and the district court's opinions discloses no reversible error. Accordingly, we affirm on the reasoning of the district court. <u>Marin v. Maryland Bd. of Law Examiners</u>, No. CA-96-3070-CCB (D. Md. Aug. 5, 1997; Apr. 7, 1998). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

<u>AFFIRMED</u>